**94–1415.** Carlin v. Mambuca. *Cuyahoga County*, No. 65217. This cause is pending before the court as an appeal and cross-appeal from the Court of Appeals for Cuyahoga County. Upon consideration of the joint application to dismiss,

IT IS ORDERED by the court that the joint application be, and the same is hereby, granted, effective January 4, 1995.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Monday, January 9, 1995*

## MOTION DOCKET

**93–1021.** Hamilton v. State Emp. Relations Bd. *Franklin County*, Nos. 92AP–1345 and 92AP–1346. This cause came on for further consideration upon the motion of appellee, city of Hamilton, for a stay of judgment pending review by the United States Supreme Court. Upon consideration thereof,

IT IS ORDERED by the court that the motion for stay be, and the same is hereby, granted.

RESNICK and F.E. SWEENEY, JJ., dissent.

Cook, J., not participating.

## MISCELLANEOUS DISMISSALS

**94–1892.** Frazier v. Columbus Bd. of Edn. *Franklin County*, No. 93APE11–1534. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Appellants' merit brief was due December 28, 1994. It appears from the records of this court that appellants have not filed a merit brief in compliance with the Rules of Practice of the Supreme Court and therefore have failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte.*

**94–2098.** Smith v. Marketing Programs. *Hamilton County*, Nos. C–940288 and C–940356. This cause is pending before the court as a discretionary appeal and as a claimed appeal of right. Upon consideration of appellant's application for dismissal.

IT IS ORDERED by the court that said application be, and the same is hereby, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**94–2168.** Frazier v. Columbus Bd. of Edn. *Franklin County*, No. 93APE11–1534. This cause is pending before the court on the certification of conflict by the Court of Appeals for Franklin County. Appellants' merit brief was due December 28, 1994. It appears from the records of this court that appellants have not filed a merit brief in compliance with the Rules of Practice of the Supreme Court and therefore have failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte.*